E-filing

John K. Kirby, State Bar No. 104590
Andrew R. Shalauta, State Bar No. 186821
BURNHAM | BROWN
A Professional Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

E-Mail: jkirby@burnhambrown.com
ashalauta@burnhambrown.com

Attorneys for Defendant
JOHN HANCOCK LIFE INSURANCE COMPANY

**FILED**

APR 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMAD M. ALNMROUTI,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY, a business entity, form unknown, and DOES 1 - 20, inclusive,<br><br>Defendants. | No. 05-CV-02906 MJJ<br><br>**DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY'S NOTICE OF SUBSTITUTION OF ATTORNEY**<br><br>Trial Date: February 5, 2007 |

NOTICE IS HEREBY GIVEN that Vivian Leung Lerche is no longer associated with Burnham Brown, counsel for Defendant JOHN HANCOCK LIFE INSURANCE COMPANY, in this case, and her name should be stricken from the court's and opposing counsel's records.

///
///
///
///
///
///

1
DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY'S NOTICE OF
SUBSTITUTION OF ATTORNEY                                                           05-CV-02906 JL

1     NOTICE IS FURTHER GIVEN that Andrew R. Shalauta of Burnham Brown is now
2 handling the matter in place and stead of Ms. Lerche, and his name should be added to the
3 court's and opposing counsel's records.

4 DATED: April 12, 2006           BURNHAM BROWN

*[signature]*

JOHN K. KIRBY
ANDREW R. SHALAUTA
Attorneys for Defendant
JOHN HANCOCK LIFE INSURANCE
COMPANY

745334

IT IS SO ORDERED

*[signature]*

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

4/17/06
DATE