```
 1  John K. Kirby, State Bar No. 104590
    Vivian Leung Lerche, State Bar No. 149984
 2  BURNHAM | BROWN
    A Professional Corporation
 3  P.O. Box 119
    Oakland, California 94604
 4
    1901 Harrison Street, 11th Floor
 5  Oakland, California 94612
    Telephone:  (510) 444-6800
 6  Facsimile:  (510) 835-6666

 7  E-Mail:     jkirby@burnhambrown.com
                ashalauta@burnhambrown.com
 8
    Attorneys for Defendant
 9  JOHN HANCOCK LIFE INSURANCE COMPANY

10  Merrill G. Emerick
    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
11  400 South El Camino Real, Suite 700
    San Mateo, CA 94402
12  Telephone:  (650) 348-0102
    Facsimile:  (650) 348-0962
13
    E-Mail:     memerick@afelaw.com
14
    Attorneys for Plaintiff
15  AHMAD M. ALNMROUTI

16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                       SAN FRANCISCO DIVISION
19
20  AHMAD M. ALNMROUTI,              No. 05-CV-02906 MJJ

21        Plaintiff,                 STIPULATION AND [PROPOSED]
                                     ORDER REQUESTING
22  vs.                              CONTINUANCE OF CASE
                                     MANAGEMENT CONFERENCE
23  JOHN HANCOCK LIFE INSURANCE
    COMPANY, a business entity, form
24  unknown, and DOES 1 - 20, inclusive,  Trial Date: February 5, 2007

25        Defendants.

26     The parties to the above-entitled action, Plaintiff, AHMAD M. ALNMROUTI

27  ("ALNMROUTI") and Defendant, JOHN HANCOCK LIFE INSURANCE COMPANY
28
```

STIPULATION AND [PROPOSED] ORDER                 1                                    05-CV-02906
                                                                                      MJJ

1  ("JOHN HANCOCK"), by and through counsel, hereby stipulate and agree, and jointly request
2  that the Court vacate the Case Management Conference scheduled for July 25, 2006 and
   September 5, 2006 at 2:00 p.m.
3  reschedule the hearing date to ~~August 22, 2006, or the soonest date available thereafter for the~~
4  ~~Court.~~
5
6
7
8  DATED: July 5, 2006           BURNHAM BROWN
9
10                                _____
11                                ANDREW R. SHALAUTA
                                  Attorneys for Defendant
12                                JOHN HANCOCK LIFE INSURANCE
                                  COMPANY
13
14 DATED: July 3, 2006           ANDERLINI FINKELSTEIN EMERICK &
                                  SMOOT
15
16                                _____
17                                MERRILL G. EMERICK
                                  Attorney for Plaintiff
18                                AHMAD M. ALNMROUTI
19 IT IS SO ORDERED.
20
21 DATED:  7/10/2006
22                                _____
                                  Hon. Martin J. Jenkins
23
24
25
26
27
28

STIPULATION AND [~~PROPOSED~~] ORDER                2                              05-CV-02906
                                                                                    MJJ