John K. Kirby, State Bar No. 104590
Andrew R. Shalauta, State Bar No. 186821
BURNHAM | BROWN
A Professional Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

E-Mail: jkirby@burnhambrown.com
ashalauta@burnhambrown.com

Attorneys for Defendant
JOHN HANCOCK LIFE INSURANCE COMPANY

**Filed**
NOV 2 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AHMAD M. ALNMROUTI,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY, a business entity, form unknown, and DOES 1 - 20, inclusive,<br><br>Defendants. | No. 05-CV-02906 MJJ<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br>[FRCP Rule 41(a)(1)]<br>+ ORDER |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Defendant JOHN HANCOCK LIFE INSURANCE COMPANY (hereinafter "Defendant") and Plaintiff AHMAD M. ALNMROUTI (collectively "Plaintiff") by and through their respective attorneys of record hereby stipulate that this action be dismissed with prejudice. Each party is to bear their own attorney's fees and costs.

///
///
///
///

IT IS SO STIPULATED.

DATED: November 16, 2006        BURNHAM BROWN

By _____
ANDREW R. SHALAUTA
Attorneys for Defendant
JOHN HANCOCK LIFE INSURANCE COMPANY

DATED: November 17, 2006        ANDERLLINI FINKELSTEIN EMERICK & SMOOT

By _____
MERRILL G. EMERICK
Attorney for Plaintiff
AHMAD M. ALNMROUTI

# [~~PROPOSED~~] ORDER

Pursuant to Stipulation by the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that a Judgment of Dismissal of the action with prejudice be entered with each party to pay their own legal fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/20/06

*Martin J. Jenkins*
JUDGE OF THE UNITED STATES DISTRICT COURT
THE HONORABLE JUDGE MARTIN J. JENKINS

775782